ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA
Assistant United States Attorney
California Bar Number 110984
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3391
     Facsimile: (213) 894-7177
     E-mail:   john.kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV 13-4653 SJO (PJWx) |
| Plaintiff, | ) **CONSENT JUDGMENT** |
| vs. | ) |
| $57,000.00 IN U.S. CURRENCY AND ONE 2011 LEXUS LX570, | ) |
| Defendants. | ) |
| XILIN CHEN, | ) |
| Titleholder. | ) |

    This action was filed on June 26, 2013.  Notice was given and published in accordance with law.  Potential claimant and titleholder Xilin Chen claims an interest in the defendant

1

property, but has not filed a claim in this case or answered the complaint.[1]  Plaintiff United States of America ("the government") and potential claimant Xilin Chen have reached an agreement that, without further litigation and without an admission of any wrongdoing, is dispositive of the government's claims against the defendant property, and hereby request that the Court enter this Consent Judgment.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.  The defendants are $57,000.00 in U.S. currency ("defendant currency") and One 2011 Lexus LX570 ("defendant vehicle"), Vehicle Identification Number JTJHY7AX0B4083373 and registered to Xilin Chen.  The defendant currency and defendant vehicle are referred to collectively as the "defendant property."

2.  This Court has jurisdiction over the parties to this Consent Judgment and the subject matter of this action.

3.  On or about June 26, 2013, the government filed a Complaint for Forfeiture pursuant to 21 U.S.C. § 881(a)(6) against the defendants.

4.  Potential claimant and titleholder Xilin Chen claims an interest in the defendant property, but has not filed a claim in this case or answered the complaint.  No claimant has yet appeared in this action.

///
///

---

[1] No other claims or answers yet have been filed, but the time for filing claims and answers will expire on August 21, 2013.

1       5.    Notice of this action has been given in accordance
2  with law, and the Complaint states a valid claim for relief
3  pursuant to 21 U.S.C. § 881(a)(6).
4       6.    The Department of the Treasury shall calculate the
5  amount of interest (actual or constructive) earned on the
6  defendant currency through the date of disbursement pursuant to
7  this Consent Judgment.  The United States of America shall have
8  judgment as to the entirety of the defendant property, that is,
9  $57,000.00 in U.S. currency plus any interest accrued thereon,
10 and one 2011 Lexus LX570.  Xilin Chen shall have no right, title
11 or interest in the funds or other defendant property awarded to
12 the United States.  The Department of Treasury is ordered to
13 dispose of said assets in accordance with law.
14      7.    Xilin Chen releases the United States of America, its
15 agencies, agents, and officers, including, without limitation,
16 employees and other representatives of the U.S. Internal Revenue
17 Service and U.S. Drug Enforcement Administration, from any and
18 all claims, defenses, actions, or liabilities arising out of or
19 related to this action against the defendant real property,
20 including, without limitation, any and all claims for attorneys'
21 fees, costs or interest which may be asserted by it or on its
22 behalf.
23      8.    The parties shall each bear their own costs and
24 attorneys' fees in this action.
25      9.    The Court shall retain jurisdiction over this matter to
26 enforce the provisions of this Consent Judgment.
27 ///
28 ///

10. The Court finds that there was reasonable cause for the initiation of this action, and this Consent Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: July 26, 2013

THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above judgment and waive any right of appeal.

DATED: July 18, 2013      ANDRÉ BIROTTE JR.
                          United States Attorney
                          ROBERT E. DUGDALE
                          Assistant United States Attorney
                          Chief, Criminal Division
                          STEVEN R. WELK
                          Assistant United States Attorney
                          Chief, Asset Forfeiture Section

                               /s/
                          JOHN J. KUCERA
                          Assistant United States Attorney

                          Attorneys for Plaintiff
                          UNITED STATES OF AMERICA

DATED: July 23, 2013
                               /s/
                          XILIN CHEN

4